**Order entered January 28, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01184-CV

**RODNEY DRAUGHON, Appellant**

**V.**

**JOYCIE JOHNSON, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 99751-CC**

## ORDER

Before the Court is appellant's January 24, 2019 second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to March 4, 2019. We caution appellant that further extension requests will be disfavored.

/s/     BILL WHITEHILL
           JUSTICE